**United States District Court**
For the Northern District of California

1     *E-Filed 03/25/2010*

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO DIVISION

11

12   MONTEREY MUSHROOMS, INC., and          No. C 09-04297 RS
     AMERIFRESH, INC.,
13
                                            **ORDER STAYING CASE AND**
14          Plaintiffs,                      **REQUESTING STATUS UPDATE**

     v.
15

16   LEO L. COTELLA & CO., INC.; DONALD
     N. RATTO; and BENEDETTO RATTO,
17   JR.,

18
            Defendants.
19   _____/

20

21          This case was re-assigned to the undersigned on March 18, 2010, and at that time all pending

22   pre-trial and trial dates were terminated.  Shortly thereafter, on March 23, 2010, defendant Leo L.

23   Cotella & Co., Inc., ("Cotella") filed for Chapter 7 bankruptcy before the Bankruptcy Court in this

24   District.  The remaining defendants, Donald N. Ratto and Benedetto Ratto, are alleged to be the

25   President and Secretary of Cotella.

26          This matter is hereby STAYED.  The parties should comply with the re-assignment order of

27   March 18, 2010, which directed them to file a joint statement addressing certain case management

28   issues.  In addition to the issues listed in the previous order, the parties should also include a

No. C 09-04297
ORDER

statement of their respective positions on whether the Court should sever Cotella from this litigation and partially lift the stay as to the remaining solvent defendants. *See Symantec Corp. v. Logical Plus, Inc.*, No. C 06-07963 SI, 2009 WL 2905930 (N.D. Cal. 2009) (partially lifting automatic bankruptcy stay upon plaintiff's showing that insolvent defendant was severable).  The deadline for submission of the joint statement is continued from April 2, 2010, to **April 30, 2010**.


IT IS SO ORDERED.


Dated: 03/25/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

No. C 09-04297
ORDER

2