**United States District Court**
For the Northern District of California

1   **\*E-Filed 05/19/10\***

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12   MONTEREY MUSHROOMS, INC., and              No. C 09-04297 RS
     AMERIFRESH, INC.,

13
                                                **ORDER LIFTING STAY AND**
14            Plaintiffs,                        **SETTING CASE MANAGEMENT**
                                                **CONFERENCE**
       v.
15

16   LEO L. COTELLA & CO., INC.; DONALD
     N. RATTO; and BENEDETTO RATTO,
17   JR.,

18
              Defendants.
19
     _____/
20

21        This case was temporarily stayed by the Court on March 25, 2010, following a notice of

22   bankruptcy filed by defendant Leo L. Cotella & Co., Inc. ("Cotella").  Good cause appearing,

23   Cotella is hereby severed from this lawsuit and plaintiffs' claims against it are dismissed without

24   prejudice.  As to the remaining solvent defendants, Donald N. Ratto and Benedetto Ratto, the

25   temporary stay is lifted.

26        A case management conference shall take place on **July 22, 2010, at 10:00 a.m.** in

27   Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

28

California.  Should the parties wish to update their current joint case management statement, they

should do so no later than **July 15, 2010**.


     IT IS SO ORDERED.


Dated:   05/19/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE