**United States District Court**
For the Northern District of California

1

**\*E-Filed 10/7/11\***

2

3

4          IN THE UNITED STATES DISTRICT COURT

5         FOR THE NORTHERN DISTRICT OF CALIFORNIA

6              SAN FRANCISCO DIVISION

7

8   MONTEREY MUSHROOMS, INC., et al.,          No. C 09-04297 RS

**STANDBY ORDER  OF DISMISSAL**

9                    Plaintiffs,

10        v.

11   LEO L. COTELLA & CO., INC., et  al.,

12                    Defendants.

13   _____/

14

15          The Court has been informed that the above-entitled action has settled.  Accordingly, the

16   Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

17   **November 28, 2011**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to

18   appear on **December 8, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco**

19   **Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this

20   order may result in dismissal of the case.

21

22          IT IS SO ORDERED.

23

24   Dated: 10/7/11                    _____

25                              RICHARD SEEBORG
                              UNITED STATES DISTRICT JUDGE

26

27

28